UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DANA SYRIA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.; EGS FINANCIAL CARE, INC., f/k/a NCO FINANCIAL SYSTEMS, INC.; TRANSWORLD SYSTEMS, INC.,<br><br>        Defendants. | No.<br><br>NOTICE OF REMOVAL<br><br>[CLERK'S ACTION REQUESTED] |

TO: THE CLERK OF THE COURT
      UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441, 1446, and 1453, AllianceOne Receivables Management, Inc. ("AllianceOne") hereby removes the above-captioned action from the Superior Court of the State of Washington, in and for the County of King ("State Court"), to the United States District Court of the Western District of Washington. AllianceOne alleges that it is entitled to removal pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. §§1332(d), 1453, as follows:

1. AllianceOne is a named defendant in the civil action filed on August 26, 2015, by plaintiff Dana Syria ("Syria") in the State Court, entitled *Syria v. AllianceOne Receivables Management, Inc., et al.*, cause no. 15-2-20861-6 SEA. (the "State Court Action").

NOTICE OF REMOVAL - 1
6153608.doc

2. On June 13, 2016, Syria filed an Amended Complaint in King County Superior Court, cause no. 15-2-20861-6 SEA, entitled *Dana Syria, individually and on behalf of all others similarly situated v. AllianceOne Receivables Management, Inc., et al.*, cause no. 15-2-20861-6 SEA. (the "State Court Action"). Ex. 1 [Amended Complaint]. This was the first pleading in the action to assert class claims.

3. Plaintiff's Amended Complaint alleges that AllianceOne violated Washington's Collection Agency Act ("CAA") and Consumer Protection Act by charging a transaction fee on credit/debit card transactions when people pay their obligations to the courts, and prays for the following relief:

    a. Certification of this case as a class action pursuant to CR 23;

    b. Damages in amounts to be proven at trial;

    c. Attorneys' fees and costs pursuant to RCW 19.86.090;

    d. Treble damages pursuant to RCW 19.86.090;

    e. Statutory damages pursuant to RCW 19.86.140;

    f. Disgorgement of interest, service charges, collection costs, and any other fees or charges pursuant to RCW 19.16.450;

    g. An injunction prohibiting AllianceOne from charging credit or debit card fees on accounts assigned by Washington courts;

    h. …

    j. Reduction of the amounts owing on open accounts by the amount of compounded interest assessed;

NOTICE OF REMOVAL - 2
6153608.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

k. Reduction of the amounts owing on open accounts by the amount of collection fees assessed;

l. Prejudgment interest; and

m. Such other and further relief as the court deems just and proper.

4. On December 19, 2016, AllianceOne provided discovery responses to Syria which included an Excel spreadsheet providing data that indicates that over 166,000 individual payers who had obligations to pay Washington courts for various criminal and civil fines, collectively paid transaction fees in excess of $3.3 million where they chose to pay by credit/debit card, rather than using one of the free payment options. Ex. 2 [Discovery Responses]; Ex. 3 [Declaration of Harry Neerenberg].

5. On January 23, 2017, Plaintiff responded to AllianceOne's discovery requests, indicating in response to Interrogatory No. 2 that she was seeking a $2000 fine for each of the 166,000 credit card transaction fee assessed under RCW 18.86.140, plus treble damages under RCW 19.86.090. Ex. 4 [Discovery Responses].

6. On March 31, 2017, Plaintiff filed a Motion for Class Certification, which included a Declaration of Adam Berger, which referred to the discovery produced by AllianceOne, acknowledging it reflected that there were over 166,000 persons statewide that had paid a transaction fee to use a credit or debit card. Ex. 5. [Berger Decl. at ¶ 17].

7. On July 24, 2017, the State Court in the State Case entered an Order Granting Plaintiff's Motion for Class Certification. Ex. 6 [Order]. As such, what was previously a lawsuit maintained by an individual became a certified class.

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

8. Removal to this Court is proper because this is the district which embraces the county in which Syria filed the State Court Action. 28 U.S.C. §1441(a).

9. This is a civil class action of which this Court has original jurisdiction under 28 U.S.C. §1332(d)(2) and is one which may be removed to this Court by AllianceOne pursuant to 28 U.S.C. §§1441(a), 1446, and 1453(b). "Federal jurisdiction under CAFA has three elements: (1) there must be minimal diversity of citizenship between the parties, (2) the proposed class must have at least 100 members and (3) the amount in controversy must 'exceed[ ] the sum or value of $5,000,000.' " *Kuxhausen v. BMW Financial Services NA LLC*, 707 F.3d 1136, 1139 (9th Cir. 2013) (citing 28 U.S.C. § 1332(d)) (footnote omitted). All three elements are met.

10. Class Action. This action is a class action within the meaning of 28 U.S.C. § 1332(d)(1)(B). The State Court has certified a class of Washington citizens under CR 23 which is similar to Fed. R. Civ. P. 23. *Schnall v. AT & T Wireless Servs., Inc.*, 171 Wn.2d 260, 271, 259 P.3d 129, 134 (2011).

11. Numerosity. The Certified Class consists of approximately 166,000 members, far exceeding the threshold of 100 members.

12. Minimal Diversity. All members of the alleged class are citizens of Washington and AllianceOne is a citizen of different state, as it is incorporated in Delaware and has its principal place of business in Pennsylvania.

13. Amount in Controversy. Dana requests actual damages for all causes of action, and treble damages for violation of the CPA, $2000 per transaction fee, and attorney's fees and

NOTICE OF REMOVAL - 4
6153608.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

costs. The base sum of processing fees at issue in this case are over $3 million dollars, without trebling and $2000 per alleged violation. It is therefore more likely than not that the amount in controversy exceeds the $5,000,000 threshold. *Standard Fire Ins. Co. v. Knowles*, 133 S. Ct. 1345, 1348, 185 L. Ed. 2d 439 (2013); *Rodriguez v. AT & T Mobility Servs. LLC*, 728 F.3d 975, 978-982 (9th Cir. 2013).

14. This notice of removal is timely pursuant to 28 U.S.C. §1446(b) because the State Court Action became removable pursuant to CAFA on July 24, 2017, when the Court entered an Order Granting Plaintiff's Motion for Class Certification. *Durham v. Lockheed Martin Corp.*, 445 F.3d 1247, 1252-54 (9th Cir. 2006), *MG Bldg. Materials, Ltd. v. Paychex, Inc.*, 841 F. Supp. 2d 740, 746- 48 (W.D. N.Y. 2012). Whether the State Court Action was previously removable under a different ground does not defeat federal jurisdiction. Durham, 445 F.3d at 1252.

15. As required by 28 U.S.C. §1446(d), AllianceOne will provide written notice of the removal of this action to Syria and to the State Court.

DATED this 28th day of July, 2017.

                                                  LEE SMART, P.S., INC.

                                                By: /s Marc Rosenberg
                                                      Marc Rosenberg, WSBA No. 31034
                                                      Of Attorneys for Defendants
                                                      AllianceOne Receivables Management, Inc.

                                                      1800 One Convention Place
                                                      701 Pike St.
                                                      Seattle, WA 98101-3929
                                                      (206) 624-7990
                                                      mr@leesmart.com

NOTICE OF REMOVAL - 5
6153608.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which may notification of such filing to the following individuals:

| | |
|---|---|
| Adam J. Berger | berger@sgb-law.com |
| Lindsay L. Halm | halm@sgb-law.com |
| T. Tyler Santiago | tyler@alkc.net |
| Jason D. Anderson | jason@alkc.net |

In addition, I have also caused each of these counsel of record to be served at their office via email and legal messenger.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

Dated this 28th day of July, 2017 at Seattle, Washington.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendant
AllianceOne Receivables Management, Inc.

1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

NOTICE OF REMOVAL - 6
6153608.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944