UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DANA SYRIA, | |
| Plaintiff, | No. |
| vs. | PRAECIPE |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC.; EGS FINANCIAL CARE, INC., f/k/a NCO FINANCIAL SYSTEMS, INC.; TRANSWORLD SYSTEMS, INC., | |
| Defendants. | |

Pursuant to LCR 101(b), Defendant AllianceOne Receivables Management, Inc. submits this Praecipe along with its Notice of Removal.

Attached to this Praecipe is Plaintiff's FIRST AMENDED COMPLAINT – CLASS ACTION, filed on June 13, 2016 in King County Superior Court No. 15-2-20861-6 SEA.

DATED this 28th day of July, 2017.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
    Marc Rosenberg, WSBA No. 31034
    Of Attorneys for Defendants
    AllianceOne Receivables Management, Inc.

PRAECIPE - 1
6153208.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

PRAECIPE - 2
6153208.doc

LEE·SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which may notification of such filing to the following individuals:

| | |
|---|---|
| Adam J. Berger | berger@sgb-law.com |
| Lindsay L. Halm | halm@sgb-law.com |
| T. Tyler Santiago | tyler@alkc.net |
| Jason D. Anderson | jason@alkc.net |

In addition, I have also caused each of these counsel of record to be served at their office via email and legal messenger.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

Dated this 28th day of July, 2017 at Seattle, Washington.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for Defendant
AllianceOne Receivables Management, Inc.

1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

PRAECIPE - 3
6153208.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944