UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANA SYRIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.; and TRANSWORLD SYSTEMS, INC.,<br><br>Defendants. | C17-1139 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion for reconsideration, docket no. 36, brought by plaintiff Dana Syria and defendant Transworld Systems, Inc. ("TSI"), is RENOTED to November 10, 2017. Any response and the movants' reply shall be due in accordance with Local Civil Rule 7(d)(3). *See* Local Civil Rule 7(h)(3). In the movants' reply, the following issues shall be addressed: (i) how many individuals are in the class with which TSI proposes to settle; (ii) what amount is each class member projected to receive from the proposed settlement and how is each class member's share calculated; (iii) what, if anything, prevents TSI from making, in advance of any approved class settlement, prospective adjustments to the fees and/or interest it charges in connection with collecting debts owed to the King County District Court; and (iv) if the Ninth Circuit reverses the state court's class certification order, would such decision also unwind any state court order approving a class settlement.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of October, 2017.

              William M. McCool
              Clerk

              s/Karen Dews
              Deputy Clerk