UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 15 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DANA SYRIA, individually and on behalf of all others similarly situated,

            Plaintiff-Respondent,

  v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

            Defendant-Petitioner.

No.    17-80152

D.C. No. 2:17-cv-01139-TSZ
Western District of Washington, Seattle

ORDER

Before:  TASHIMA and TALLMAN, Circuit Judges.

Petitioner's motion to strike is denied (Docket Entry No. 6).

The court, in its discretion, denies the petition for permission to appeal.  *See* Fed. R. Civ. P. 23(f).

All other pending requests are also denied.

AT/MOATT