Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DANA SYRIA,

    Plaintiff,

vs.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.; EGS FINANCIAL CARE, INC., f/k/a NCO FINANCIAL SYSTEMS, INC.; TRANSWORLD SYSTEMS, INC.,

    Defendants.

No. 2:17-cv-01139-TSZ

JOINT STATUS REPORT

In this Court's Order, dated October 10, 2017, (Dkt 35), this Court directed the Parties to provide this Court with a status report within fourteen (14) days after the Ninth Circuit ruled on the petition for permission to appeal.

On November 15, 2017, the Ninth Circuit denied the petition for permission for an early appeal under Fed. R. Civ. P. 23(f). (Dkt 40).

As such, the Parties are hereby jointly reporting this status to the Court. The Parties also join in requesting that, prior to any other action occurring in this matter, the Court rule on the pending motion for remand and related papers, and the stipulation for severance and remand of Plaintiff's claims against Transworld Systems, Inc., and related papers, on the briefing that is already before the district court.

JOINT STATUS REPORT - 1
2:17-cv-01139-TSZ
6217107.doc

SUBMITTED JOINTLY this 19th day of November, 2017.

SCHROETER, GOLDMARK & BENDER

By: /s Adam J. Berger (via electronic consent)
    Adam J. Berger, WSBA No. 20714
    Lindsay L. Halm, WSBA No. 37141
    Of Attorneys for Plaintiff

    810 Third Avenue, Suite 500
    Seattle, WA 98104
    Main (206) 622-8000
    berger@sgb-law.com
    halm@sgb-law.com


ANDERSON SANTIAGO, PLLC

By: /s Jason D. Anderson (via electronic consent)
    Jason D. Anderson, WSBA No. 38014
    T. Tyler Santiago, WSBA No. 46004
    Of Attorneys for Plaintiff

    787 Maynard Ave. S.
    Seattle, WA 98104
    Main (206) 395-2665
    tyler@alkc.net
    jason@alkc.net

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE, LLP

By: /s Emily Harris (via electronic consent)
    Emily Harris, WSBA No. 35763
    Seann C. Colgan, WSBA No. 38769
    Of Attorneys for Defendant
    Transworld Systems, Inc.

    1001 Fourth Ave, Ste 3900
    Seattle, WA 98154-1051
    Main (206) 625-8600
    eharris@corrcronin.com
    scolgan@corrcronin.com

JOINT STATUS REPORT - 2
2:17-cv-01139-TSZ
6217107.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

| | |
|---|---|
| 1 | |
| 2 | LEE SMART, P.S., INC. |
| 3 | By: /s Marc Rosenberg |
|   | Marc Rosenberg, WSBA No. 31034 |
|   | Of Attorneys for Defendant |
| 4 | AllianceOne Receivables Management, Inc. |
| 5 | 1800 One Convention Place |
|   | 701 Pike St. |
| 6 | Seattle, WA 98101-3929 |
|   | (206) 624-7990 |
| 7 | mr@leesmart.com |

JOINT STATUS REPORT - 3
2:17-cv-01139-TSZ
6217107.doc

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Mr. Adam J. Berger, WSBA No. 20714<br>Ms. Lindsay L. Halm, WSBA No. 37141<br>Schroeter, Goldmark & Bender<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>Main (206) 622-8000<br>berger@sgb-law.com<br>halm@sgb-law.com | Mr. T. Tyler Santiago, WSBA No. 46004<br>Mr. Jason D. Anderson, WSBA No. 38014<br>Anderson Santiago, PLLC<br>787 Maynard Ave. S.<br>Seattle, WA 98104<br>Main (206) 395-2665<br>jason@alkc.net<br>tyler@alkc.net |

Ms. Emily Harris, WSBA No. 35763
Mr. Seann C. Colgan, WSBA No. 38769
Corr Cronin Michelson Baumgardner Fogg & Moore, LLP
1001 Fourth Ave, Ste 3900
Seattle, WA 98154-1051
Main (206) 625-8600
eharris@corrcronin.com
scolgan@corrcronin.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Dated this 19th day of November, 2017 at Seattle, Washington.

        LEE SMART, P.S., INC.

        By: /s Marc Rosenberg
        Marc Rosenberg, WSBA No. 31034
        Of Attorneys for Defendant

        1800 One Convention Place
        701 Pike St.
        Seattle, WA 98101-3929
        (206) 624-7990
        mr@leesmart.com

JOINT STATUS REPORT - 4
2:17-cv-01139-TSZ
6217107.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944