UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANA SYRIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.; and TRANSWORLDS SYSTEMS, INC.,<br><br>Defendants. | C17-1139 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In light of plaintiff's pending petition for permission to appeal the Minute Order entered December 14, 2017, docket no. 42, denying plaintiff's motion to remand, this case is STAYED pending further order of the Court.

(2) Defendant AllianceOne Receivables Management, Inc.'s motion for clarification on class status, docket no. 44, is STRICKEN without prejudice and will be reinstated and renoted, if appropriate, after plaintiff's petition for permission to appeal is resolved.

(3) The deadlines set forth in the Order regarding Initial Disclosures, Joint Status Report, and Early Settlement, docket no. 43, are STRICKEN.

(4) The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after the United States Court of Appeals for the Ninth Circuit rules on plaintiff's petition for permission to appeal or by March 30, 2018, whichever occurs earlier.

MINUTE ORDER - 1

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of January, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2