# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DANA SYRIA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.; and TRANSWORLD SYSTEMS, INC.,

Defendants.

C17-1139 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The United States Court of Appeals for the Ninth Circuit having denied plaintiff's petition for permission to appeal, *see* Order (docket no. 47); Joint Status Report (docket no. 48), the stay imposed by the Minute Order entered January 4, 2018, docket no. 46, is hereby LIFTED, and this case is returned to the active docket.

(2) Within twenty-eight (28) days of the date of this Minute Order, counsel shall meet and confer and submit a Joint Status Report and Discovery Plan ("JSR"), in the format specified in the Order entered December 14, 2017, docket no. 43. To the extent not already exchanged, initial disclosures shall be made on the same day that the JSR is filed.

(3) The Court DECLINES to reinstate defendant AllianceOne Receivables Management, Inc.'s motion for clarification on class status, docket no. 44, which seeks an impossible remedy, namely for this Court to articulate why the King County Superior Court granted class certification. If either or both defendants wish to decertify the class,

MINUTE ORDER - 1

an appropriate motion shall be filed within fifty-six (56) days of the date of this Minute Order and noted for the fourth Friday after filing.

    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of March, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2