# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANA SYRIA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALLIANCEONE RECEIVABLES MANAGEMENT, INC., et al., <br><br> Defendants. | C17-1139 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant AllianceOne Receivables Management, Inc.'s motion to decertify class, docket no. 53, and to bifurcate and stay class claims, docket no. 55, are RENOTED to May 25, 2018, and will be considered, if appropriate, after the Court rules on the motion for summary judgment, docket no. 69, noted for May 25, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of May, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1