## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANA SYRIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC., et al.,<br><br>Defendants. | PARTIAL JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C17-1139 TSZ |

___  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

No just reason for delay exists, *see* Fed. R. Civ. P. 54(b), and partial judgment is hereby entered as follows. Defendant AllianceOne Receivables Management, Inc.'s motion for summary judgment, docket no. 69, is GRANTED, and plaintiff Dana Syria's first claim for violation of Washington's Consumer Protection Act is DISMISSED with prejudice.

Dated this 19th day of July, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk