UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DANA SYRIA, individually and on behalf
of all others similarly situated,

    Plaintiff-Appellant,

 v.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.; TRANSWORLD
SYSTEMS, INC.,

    Defendants-Appellees.

No. 18-35678

D.C. No. 2:17-cv-01139-TSZ
Western District of Washington,
Seattle

ORDER

Before: HAWKINS, W. FLETCHER, and BENNETT, Circuit Judges.

  Judges Fletcher and Bennett have voted to deny the petition for rehearing en

banc, and Judge Hawkins so recommends. The full court has been advised of the

petition for rehearing en banc and no judge of the court has requested a vote on

whether to rehear the matter en banc. Fed. R. App. P. 35.

  Appellant's petition for rehearing en banc is DENIED.