FILED

JUL 15 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| DANA SYRIA, individually and on behalf of all others similarly situated, Plaintiff-Appellant, v. ALLIANCEONE RECEIVABLES MANAGEMENT, INC.; TRANSWORLD SYSTEMS, INC., Defendants-Appellees. | No. 18-35678 D.C. No. 2:17-cv-01139-TSZ Western District of Washington, Seattle ORDER |
|---|---|

Before: HAWKINS, W. FLETCHER, and BENNETT, Circuit Judges.

Appellee AllianceOne Receivables Management, Inc.'s request for publication is DENIED.